CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

SALLY A WILLIAMS (SBN: 129181)
sallywilliamslaw@gmail.com
LAW OFFICE OF SALLY A WILLIAMS
555 Soquel Ave, Ste 380
Santa Cruz, CA 95062
Telephone: (831) 459-6096
Facsimile: (831) 426-7068
Attorney for Defendant AG Rogers, L.L.C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A G ROGERS, L.L.C., a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendant. | Case: 5:20-CV-09005-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4
5  Dated: March 10, 2021            CENTER FOR DISABILITY ACCESS
6
7                                   By:   /s/Amanda Seabock
                                         Amanda Seabock
8                                        Attorney for Plaintiff
9
10
11 Dated: March 10, 2021            LAW OFFICE OF SALLY A WILLIAMS
12
13                                  By:   /s/ Sally A Williams
                                         Sally A Williams
14                                       Attorney for Defendant
                                         AG Rogers, L.L.C
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Sally A Williams, counsel for AG Rogers, L.L.C, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 10, 2021        CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorney for Plaintiff